**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01278-CR

**DENNIS WAYNE BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-50594-U**

## ORDER

The reporter's record was due December 20, 2017. We notified court reporter Sasha Brooks by postcard dated December 21, 2017 that the record was overdue and directed her to file the record within thirty days. To date, the reporter's record has not been filed and Ms. Brooks has not communicated with this Court.

We **ORDER** court reporter Sasha Brooks to file the complete reporter's record in this appeal within **TWENTY DAYS** of the date of this order. Ms. Brooks is cautioned that should she fail to comply with this order, the Court will utilize its available remedies, which may include ordering Ms. Brooks not sit, to ensure compliance.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter of 291st Judicial District Court; and to all counsel.


/s/      LANA MYERS
          JUSTICE